IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HILTON BARJOLO,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LIVING SERVICES, INC.,<br><br>Defendants. | No.  4:18-cv-00066-JEG-CFB<br><br>**REPORT AND RECOMMENDATION** |

Based upon a review of the file, the Court FINDS:

1. On July 13, 2018, the Plaintiff reported that this case was dismissed, and requested 30 days to submit closing documents. (ECF No. 6) The Complaint was filed March 2, 2018 (ECF No. 1); Defendant filed an Answer on April 23, 2018 (ECF No. 3). Defendant is not represented by counsel; as a pro se party, Defendant cannot participate in electronic filing without leave of court.   As a corporation, Defendant must be represented by counsel.

2. The parties were granted until August 13, 2018, to submit closing documents (ECF No. 6). The parties were notified that pursuant to Local Rule 41(c), that the case would be dismissed if closing documents were not filed.   No closing documents were filed by August 13, 2018.

3. The Court on its own motion, granted the parties an extension of time to September 10, 2018, to file closing documents (ECF 7).   In this Order, the parties were advised that if closing documents were not filed, they would have to show cause why the case should not be dismissed.

4. On September 20, 2018, (ECF 8) the parties were again given notice pursuant to Local Rule 41(b) and (c), and Fed. R. Civ. P. 16 that they were required to show cause by October 5, 2018, as to why this case should not be dismissed.   The parties were provided a copy

1

of Local Rule 41(c), and advised that the case would be dismissed with prejudice on October 9, 2018, unless good cause was shown.

5. In response to Plaintiff's request for additional time (ECF 9), the Court granted the parties to November 1, 2018, to file closing documents (ECF 10). No closing documents have been filed.

## RECOMMENDATION AND ORDER

IT IS RESPECTFULLY RECOMMENDED, pursuant to Fed. Rls. Civ. P. 16, 41, and Local Rule 41(b), that this case be dismissed with prejudice.

IT IS ORDERED that by November 21, 2018, any party must file written objections with the District Court, under 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam); *Halpin v. Shalala*, 999 F.2d 342, 345 & n.1, 346 (8th Cir. 1993). The Court will freely grant such extensions. *Martin v. Ellandson*, 122 F. Supp. 2d 1017, 1025 (S.D. Iowa 2000). Any objections filed must identify the specific portions of the Report and Recommendation and relevant portions of the record to which the objections are made and set forth the basis for such objections. *See* Fed. R. Civ. P. 72; *Thompson*, 897 F.2d at 357; *Martin*, 122 F. Supp. 2d at 1025. Failure to timely file objections may constitute a waiver of a party's right to appeal questions of fact. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (citing *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994)).

**IT IS SO ORDERED**.

Dated this 7th day of November, 2018.

*/s/ Celeste F. Bremer*

**CELESTE F. BREMER**
**UNITED STATES MAGISTRATE JUDGE**

3