IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HILTON BARJOLO,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMUNITY LIVING SERVICES, INC.,<br><br>    Defendant. | No. 4:18-cv–00066–JEG<br><br>**O R D E R** |

This matter was considered by Hon. Celeste F. Bremer as permitted by LR 72(d) and under authority of 28 U.S.C. § 636(b)(1)(B) for submission of a Report and Recommendation regarding disposition.[1]  Magistrate Judge Bremer filed a Report and Recommendation on November 7, 2018.  No objections to the Report and Recommendation have been filed.

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate.

28 U.S.C. § 636(b)(1).  While no objections were made, I have made a de novo review, and I accept the Report and Recommendation of the Magistrate Judge.  Accordingly, pursuant to Federal Rules of Civil Procedure 16 and 41, and Local Rules 72(d) and (g), the above-entitled action is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

DATED this 27th day of November, 2018.

JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT

---

[1] Pursuant to Local Rule 72(g), the Court considers the matter as a referral to the Magistrate Judge for a Report and Recommendation.